

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00518-CV

**BULVERDE VILLAGE PROPERTY OWNERS ASSOCIATION**,
Appellant

v.

**BULVERDE VILLAGE HOMEOWNERS ASSOCIATION, INC.** a/k/a The Point,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI03243
Honorable Laura Salinas, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Patricia O. Alvarez, Justice
             Beth Watkins, Justice

Delivered and Filed: May 10, 2023

DISMISSED

On February 8, 2023, we issued an opinion and judgment that affirmed the trial court's August 31, 2021 judgment in part and reversed it in part. The parties subsequently requested and obtained several extensions of time to file motions for rehearing and/or en banc reconsideration.

On April 24, 2023, the parties filed a joint motion to dismiss the appeal because they had settled their dispute. *See* TEX. R. APP. P. 42.1(a)(1). The parties' motion requested that we not withdraw our February 8, 2023 opinion "as that opinion forms the basis, by reference, of the parties' compromise and settlement of the non-monetary components of the underlying action."

*See* TEX. R. APP. P. 42.1(c) ("In dismissing a proceeding, the appellate court will determine whether to withdraw any opinion it has already issued.").

We grant the parties' motion and dismiss this appeal without withdrawing our February 8, 2023 opinion. In accordance with the parties' agreement, we tax the costs of this appeal against the party that incurred them. TEX. R. APP. P. 42.1(d).

PER CURIAM